54secondhabeas.frm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| Sidney Jerome Patton, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:06CV00107 |
| | ) | |
| Jennifer Langley, | ) | |
| | ) | |
| Respondent. | ) | |

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a state prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with the $5.00 filing fee. The Clerk of Court received the submission on January 31, 2006, which Petitioner had dated as of January 28, 2006. This petition cannot be further processed because court records reveal that petitioner has already attacked the same conviction and sentence in a previous § 2254 petition [No. 1:00CV349]. Consequently, petitioner must apply to the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current petition. This is required by 28 U.S.C. § 2244. See AO 241 (MDNC 3/97), Instructions, ¶ (5), which is enclosed. Because of this pleading failure, this particular petition should be dismissed.

On the record presently before it, the Court concludes that petitioner appears to be unable to afford the costs of this action. Accordingly, the request to proceed in forma pauperis is granted for the sole purpose of entering this recommendation and order.

**IT IS THEREFORE RECOMMENDED** that this petition be dismissed for failure to apply to the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current petition as is required by 28 U.S.C. § 2244.

**IT IS THEREFORE ORDERED** that petitioner's request to proceed in forma pauperis is granted for the sole purpose of entering this recommendation and order. The Clerk is ordered to return the $5.00 filing fee to petitioner.

**IT IS FURTHER ORDERED** that the clerk shall send petitioner a copy of this recommendation and order and instruction forms for filing Section 2254 petitions in this Court and Motions for Authorization in the court of appeals, an application to proceed in forma pauperis (upon request), and four copies of Section 2254 petition forms (more copies will be sent on request). Petitioner should keep the original and two copies of the Section 2254 petition which can be submitted in this court if petitioner obtains approval from the Fourth Circuit.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: February 7, 2006